IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| RICKY J. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:03-cv-00892-RBP-JEO |
| ) | |
| SHERIFF LARRY AMERSON, NURSE ) | |
| CANTRELL, and NURSE ROI REESE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF OPINION**

The magistrate judge filed a report and recommendation on November 6, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. No objections have been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. The court **EXPRESSLY FINDS** that there are no genuine issues of material fact and that the defendants are entitled to judgment as a matter of law. Accordingly, the defendants' motion for summary judgment is due to be **GRANTED** and this action is due to be **DISMISSED WITH PREJUDICE**. A Final Judgment will be entered.

**DONE**, this 6th day of December, 2006.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**